1 | GARY M. RESTAINO
United States Attorney
2 | District of Arizona
CARIN C. DURYEE
3 | Assistant U.S. Attorney
United States Courthouse
4 | 405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
5 | Telephone:  520-620-7300
Email: Carin.Duryee@usdoj.gov
6 | Attorneys for Plaintiff

FILED

2022 OCT 19  PM 12: 43

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR22-02291 TUC-JAS(BGM)

7 | IN THE UNITED STATES DISTRICT COURT

8 | FOR THE DISTRICT OF ARIZONA

9
United States of America,
10
11                                            Plaintiff,
12
13                 vs.
14
15   Christopher Gniady,
16                                            Defendant.

**INDICTMENT**

Violations:

18 U.S.C. § 2252(a)(2) and (b)(1)
(Receipt of Child Pornography)
Count 1

18 U.S.C. § 2252A(a)(5)(B) and (b)(2).
(Knowing Access of Child Pornography)
Count 2

21 | **THE GRAND JURY CHARGES:**

22 | <u>COUNT 1</u>

23 | **RECEIPT OF CHILD PORNOGRAPHY**

24 | On or about April 18, 2019, in the District of Arizona, CHRISTOPHER GNIADY,

25 | using any means or facility of interstate and foreign commerce, did knowingly receive

26 | child pornography, that is, visual depictions, the production of which involved the

27 | use of minors engaging in sexually explicit conduct, as defined in Title 18, United States

28 | Code, Section 2256(2), and which depicted such conduct, which had been shipped and

1 | transported in interstate and foreign commerce by means of computer, or otherwise,
2 | including, but not limited to, the following files, entitled:
3 | "█████████████~410F6FDA-FA05-0168-35BA-42079239C627~V4.mp4"
4 |      All in violation of Title 18, United States Code, Sections 18 U.S.C. § 2252(a)(2)
5 | and (b)(1).
6 |
7 | **COUNT 2**
8 | **KNOWING ACCESS OF CHILD PORNOGRAPHY**
9 |      Beginning on a date unknown but including the time period between April 14,
10 | 2019 and November 26, 2019, in the District of Arizona, CHRISTOPHER GNIADY did
11 | knowingly access with intent to view child pornography, that is, visual depictions, the
12 | production of which involved the use of minors, including pre-pubescent minors,
13 | engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section
14 | 2256(2), and which depicted such conduct, that had been mailed, shipped and transported
15 | in interstate and foreign commerce by any means, including computer, and which was
16 | produced using materials which had been mailed and shipped and transported in interstate
17 | and foreign commerce; that is, CHRISTOPHER GNIADY did use a Dell XPS Laptop,
18 | Serial Number: 2FP01G2, and the internet to view child pornography images including,
19 | but not limited to, the following files:
20 | "5E5A8C42F0FA979DF2438C7185B6E4A508408D5C"
21 | "09ADBF2F47E0A6913C7432DFDC77F7D62B37FE5E"
22 | "50090B4CDC632BA8F8614B252404C55E06B9AB7D"
23 | "9311767C5B1B5E7DDA8C3B949DA15035FB8FDC8E"
24 | "C515E9E47F5E911525BF26A99C6594900E49B027"
25 | "E08FE916CD8B7D6AC42AE70A685951F602155A87" and
26 | "EE306B03970B1F3D0F237089FBFBC7C03AA257F7"
27 |
28 |

1    All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and

2    (b)(2).

3                                    A TRUE BILL

4

5                                    / s /

6                                    FOREPERSON OF THE GRAND JURY
                                     Dated: October 19, 2022

7

8    GARY M. RESTAINO
     United States Attorney                    REDACTED FOR
9    District of Arizona                    PUBLIC DISCLOSURE

10      / s /

11   CARIN C. DURYEE
     Assistant U.S. Attorney
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*United States of America v. Christopher Gnaidy*
*Indictment Page 3 of 3*