FILED _____ LODGED
_____ RECEIVED _____ COPY

OCT 2 4 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

United States of America )
v. )
)
)     Case No.   CR-22-2291-TUC-JAS(BGM)
Christopher Gniady )
)
_____ )
*Defendant* )

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information  ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition  ☐ Violation Notice     ☐ Order of Court

| Place:  United States District Court<br>405 West Congress<br>Tucson, AZ 85701 | Courtroom No.:   SEE CALENDAR |
|---|---|
| | Date and Time:   11/10/2022 11:00 am |

This offense is briefly described as follows:

18:2252(a)(2) and (b)(1) Receipt of Child Pornography
18:2252A(a)(5)(B) and (b)(2) Knowing Access of Child Pornography

Date:     10/20/2022
_____

*Issuing officer's signature*

A. Calderón, Deputy Clerk
*Printed name and title*

ISSUED ON 9:47 am, Oct 20, 2022
s/ Debra D. Lucas, Clerk

I declare under penalty of perjury that I have:

☒ Executed and returned this summons     ☐ Returned this summons unexecuted

Date:     10/21/2022
_____

*Server's signature*

Peter Brand/HSI Special Agent
*Printed name and title*

cc: AUSA, USMS, PTS