IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR22-02291-TUC-JAS (BGM) |
| Plaintiff, | |
| vs. | ORDER |
| Christopher Gniady, | |
| Defendant. | |

On Motion [Docket #13] of the United States of America, good cause having been shown,

IT IS ORDERED that the United States of America is authorized to disclose the Indictment and arrest warrant pertaining to Defendant, Christopher Gniady, to law enforcement and other government personnel, including those of a foreign government, as necessary to assist in the provisional arrest warrant and extradition of the Defendant to the United States.  For all other purposes, the Indictment and arrest warrant in this case shall remain sealed until further order of the Court.

Dated this 13th day of April, 2026.

Honorable Michael A. Ambri
United States Magistrate Judge