IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR22-02291-TUC-JAS (EJM) |
| Plaintiff, | |
| vs. | **AMENDED ORDER** |
| Christopher Gniady, | |
| Defendant. | |

On Motion [Docket #13] of the United States of America, good cause having been shown,

IT IS ORDERED that the United States of America is authorized to disclose the Indictment and arrest warrant pertaining to Defendant, Christopher Gniady, to law enforcement and other government personnel, including those of a foreign government, as necessary to assist in the provisional arrest warrant and extradition of the Defendant to the United States.  For all other purposes, the arrest warrant in this case shall remain sealed until further order of the Court.

Dated this 5th day of May, 2026.

Honorable Michael A. Ambri
United States Magistrate Judge